# United States District Court

_Southern_ DISTRICT OF _Texas_
_Brownsville Division_

United States District Court
Southern District of Texas
FILED

NOV 2 9 2002

Michael N. Milby
Clerk of Court

ORLANDO GABRIEL MACHADO

V.

USA

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: **B-02-220**

---

I, __ORLANDO MACHADO E._____, declare that I am the (check appropriate box)

☐ petitioner/plaintiff     ☑ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____
                                 other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

TO PRESENT A CASE OF HOW MUCH MINE FAMILY NEED'S MINE SUPPORT, AND ALL MINE ACHIVEMENT SINCE, BEFORE AND AFTHER MINE INCARCERATION.

In further support of this application, I answer the following questions.

1. Are you presently employed?     Yes ☐   No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   
   96   SELF EMPLOYEE
        $450

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment        Yes ☐   No ☑
   b. Rent payments, interest or dividends?                         Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?               Yes ☐   No ☑
   d. Gifts or inheritances?                                        Yes ☐   No ☑
   e. Any other sources?                                            Yes ☐   No ☑

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☑   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   $ 59.99

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   ESTHER MACHADO (MOTHER)  I'AM THE OLDEST OF 3 BROTHER.
   JOSE MACHADO (FATHER) I WAS THE ONE TAKING CARE
   BRENDA MACHADO (SISTER) OF MINE PARENT SINCE THEY
   EDGAR MACHADO (BROTHER) RETIRE, LAST YEAR.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11-25-02__          _____
              (Date)                 Signature of Applicant

---

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ 104.99 xx or amount to his credit at the __CCA/Eden Detention Center__ where he is confined. I further certify that the applicant likewise has the following securities to __None__ according to the records of said institution: __None__

certify that during the last six months the applicant's average balance was $ 300.00

_____ J. Ruiz / Case Manager
Authorized Officer of Institution

---

**ORDER OF COURT**

| ation is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ | _____  _____ |
| United States Judge   Date | United States Judge   Date |
|  | or Magistrate |

United States District Court
Southern District of Texas
RECEIVED
NOV 29 2002
Michael N. Milby, Clerk of Court