If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☑   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   $ 59.99

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   ESTHER MACHADO (MOTHER) I'AM THE OLDEST OF 3 BROTHER.
   JOSE MACHADO (FATHER) I WAS THE ONE TAKING CARE
   BRENDA MACHADO (SISTER) OF MINE PARENT SINCE THEY
   EDGAR MACHADO (BROTHER) RETIRE, LAST YEAR.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11-25-02__   _____
            (Date)          Signature of Applicant

United States District Court
Southern District of Texas
RECEIVED NOV 29 2002
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
DEC 0 3 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 104.99/xx on account to his credit at the __CCA/Eden Detention Center__ where he is confined. I further certify that the applicant likewise has the following securities to according to the records of said institution: __None__

certify that during the last six months the applicant's average balance was $ __300.00/+__

__J. Ruiz / Case Manager__
Authorized Officer of Institution

**ORDER OF COURT**

0-05-550

_____ is hereby denied

_____   _____
United States Judge   Date

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____   3 DEC 02
United States Judge   Date
or Magistrate