# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ORLANDO G. MACHADO, | § | |
| Movant, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-220 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Pending before the Court is Movant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. 2255. Docket No. 1. Magistrate Judge John Wm. Black entered a report and recommendation on November 26, 2002, in which he advised this Court to deny Movant's motion. Docket No. 2. No objections to the Magistrate's report and recommendation have been filed.

Having reviewed the report and recommendation for plain error and finding none, the Magistrate's report and recommendation is hereby **ADOPTED**. Accordingly, Movant's Motion to Vacate, Set Aside, or Correct Sentence is **DISMISSED**.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE